JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile:  (415) 576-9929

Attorney for Plaintiff
HUANG HUANG

FILED
08 JAN 29 PM 3: 45
RICHARD W. WILKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUANG HUANG<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>ROBERT S. MUELLER,<br>Director of Federal Bureau of Investigation<br><br>Defendants. | Case No.: C 08 0687<br><br>**PETITION FOR HEARING ON NATURALIZATION APPLICATION UNDER 8 U.S.C. § 1447(B)** |

COMES NOW HUANG HUANG, Plaintiff in the above-styled and numbered cause, and for cause of action would show to the Court the following:

1.     This action is brought for a hearing to decide Plaintiff's naturalization application due to Defendants' failure to adjudicate the application within 120 days after the first examination in violation of the Immigration and Nationality Act ("INA") § 336(b) and 8 U.S.C. §1447(b).

**PARTIES**

2.     Plaintiff HUANG HUANG, a native and citizen of the People's Republic of China,  is a lawful permanent resident of the United States. On April 14, 2005, Plaintiff's Form N-400, Application for Naturalization was received by the U.S. Immigration and Naturalization Service, or U.S.C.I.S. (**Exhibit 1**).  Plaintiff was interviewed for her naturalization application on September 22, 2005 (**Exhibit 2**).  Defendants have failed to make a decision on the application within 120 days after the examination.

3.     Defendant Michael Chertoff is the Secretary of the Department of Homeland Security

---
Case No.:
PETITION FOR HEARING ON NATURALIZATION APPLICATION                    F:\LING\1447b\HUANG Huang\Complaint.wpd

(DHS), and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the DHS. 8 U.S.C. §1103(a); 8 C.F.R. § 2.1.

4. Defendant Robert S. Mueller, III, is Director of the Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the Department of State. As will be shown, Defendant has failed to complete the security clearances on Plaintiff's cases.

## JURISDICTION

5. Jurisdiction in this case is proper under the INA § 336(b) and 8 U.S.C. §1447(b). Relief is requested pursuant to said statutes.

## VENUE

6. Venue is proper in this court, pursuant to 8 U.S.C. §1447(b), in that Plaintiff may request a hearing on the matter in the District where Plaintiff resides.

## CAUSE OF ACTION

7. Plaintiff is a lawful permanent resident of the United States. On April 14, 2005, Plaintiff's Form N-400, Application for Naturalization was received by the U.S. Immigration and Naturalization Service, or U.S.C.I.S. (**Exhibit 1**). Plaintiff was interviewed for her naturalization application on September 22, 2005 (**Exhibit 2**). Defendants have failed to make a decision on the application within 120 days after the examination. Plaintiff's Application for Naturalization has now remained un-adjudicated for more than two years and four months from the date of the interview.

8. Defendants have sufficient information to determine Plaintiff's eligibility pursuant to applicable requirements.

9. Defendants, in violation of 8 U.S.C. § 1447 (b), have failed to make a determination on Plaintiff's naturalization application within the 120-day period after the date of examination.

## PRAYER

10. WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration,

the Court enter an order adjudicating the naturalization application. In the alternative, the Court may remand requiring Defendants to immediately adjudicate Plaintiff's naturalization application. In addition, Plaintiff requests an award of reasonable attorney's fees under the Equal Access to Justice Act and such other relief at law and in equity as justice may require.

Dated: January 28, 2008                    Respectfully submitted,

                                           _____
                                           Justin X. Wang, Esq.
                                           Attorney for Plaintiff

## LIST OF ATTACHMENTS

| *Exhibit* | *Description* |
|---|---|
| 1 | N-400 Receipt Notice |
| 2 | N-652, Naturalization Interview Results |

Exhibit 1

# THE UNITED STATES OF AMERICA

| Receipt | | NOTICE DATE<br>April 25, 2005 |
|---|---|---|
| **CASE TYPE**<br>N400 Application For Naturalization | | **INS A#**<br>A 076 724 640 |
| **APPLICATION NUMBER**<br>WSC*001304217 | **RECEIVED DATE**<br>April 14, 2005 | **PRIORITY DATE**<br>April 14, 2005 | **PAGE**<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

HUANG HUANG
6880 DARTMOOR WAY
SAN JOSE CA 95129

PAYMENT INFORMATION:

Single Application Fee:      $390.00
Total Amount Received:       $390.00
Total Balance Due:             $0.00

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:            May 03, 1965
Address Where You Live:   6880 DARTMOOR WAY
                          SAN JOSE CA 95129

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 365 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

WSC$001399110

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY



Form I-797C (Rev. 08/31/04) N

Exhibit 2

A#: A76724640

On September 22, 2005, you were interviewed by USCIS Officer JOHN R. GONZALEZ

- [x] You passed the tests of English and U.S. history and government.
- [ ] You passed the test of U.S. history and government and the English language requirement was waived.
- [ ] USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.
- [ ] You will be given another opportunity to be tested on your ability to [ ] speak / [ ] read / [ ] write English.
- [ ] You will be given another opportunity to be tested on your knowledge of U.S. history and government.
- [ ] Please follow the instructions on the Form N-14.
- [ ] USCIS will send you a written decision about your application.
- [ ] You did not pass the second and final test of your [ ] English ability / [ ] knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. USCIS will send you a written decision about your application.

A) [ ] **Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) [x] A decision cannot yet be made about your application. *NAME CHECK PENDING*

**It is very important that you:**

- [x] Notify USCIS if you change your address.
- [x] Come to any scheduled interview.
- [x] Submit all requested documents.
- [x] Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.
- [x] Go to any Oath Ceremony that you are scheduled to attend.
- [x] Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

**NOTE:** Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied or before the U.S. district court if USCIS has not made a determination on your application within 120 days of the date of your examination.

Form N-652 (Rev. 01/04/05)N