| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| HUANG HUANG, | ) | |
| | ) | No. C 08-0687 PVT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PARTIES' CONSENT TO MAGISTRATE** |
| | ) | **JURISDICTION AND STIPULATION TO** |
| MICHAEL CHERTOFF, Secretary of the | ) | **DISMISS;** [PROPOSED] **ORDER** |
| Department of Homeland Security; | ) | |
| ROBERT S. MUELLER, Director of | ) | |
| Federal Bureau of Investigation; | ) | |
| | ) | |
| Defendants. | ) | |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff and the Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Additionally, the parties hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agree to adjudicate such application within 30 days of the dismissal of this action.

///

///

Stipulation to Dismiss
C08-0687 PVT                                                            1

1  Each of the parties shall bear their own costs and fees.

2  Dated: February 29, 2008                Respectfully submitted,

3                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
4

5

6                                          EDWARD OLSEN
                                           Assistant United States Attorney
                                           Attorneys for Defendants
7

8

9  Dated: February 27, 2008

10                                         JUSTIN WANG
                                           Attorney for Plaintiff
11
                                    ORDER
12
   Pursuant to stipulation, IT IS SO ORDERED.
13

14 Date: 2/29/08                           _____
                                           PATRICIA V. TRUMBULL
15                                         United States Magistrate Judge

---

27  [1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any
28  signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C08-0687 PVT                               2